**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRADLEY WOJNO, | NO. CV 10-cv-7238 JAK(JEMx) |
| Plaintiff, | JUDGMENT |
| vs. | JS-6 |
| CIGNA GROUP INSURANCE, a Corporation; SALOMON SMITH BARNEY LONG TERM DISABILITY PLAN, an ERISA plan; ROES 1 through 10, inclusive, | |
| Defendants | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff Bradley Wojno and against Defendants, Salomon Inc. Employees' Long Term Disability Plan (hereinafter the "Plan") and Cigna Life Insurance Company of New York ("CIGNA"). The court hereby reverses CIGNA's decision to terminate Plaintiff's benefits. Defendants are ordered to 1) pay Plaintiff the long term disability (LTD) benefits owed to him from the date his LTD benefits were terminated to the present plus prejudgment interest, 2) pay Plaintiff the costs relating to this action, 3) reinstate Plaintiff in the

LTD benefit Plan and pay future benefits for so long as Plaintiff remains disabled under the Plan, and 4) reinstate for Plaintiff any other benefits provided to Plan participants while they are disabled under the Plan and any other applicable welfare or pension benefit plans covering Plaintiff retroactive to the date Plaintiff's LTD benefits were terminated.

This court will retain jurisdiction to review Defendants' past due benefit calculations should such review be necessary.   Plaintiff shall file any motion for attorney fees and prejudgment interest within two weeks from the entry of judgment.

DATED:  September 10, 2013

**IT IS SO ORDERED.**

_____
Honorable John A. Kronstadt
U.S. District Court Judge