## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY WOJNO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIGNA GROUP INSURANCE, a corporation; SALOMON SMITH BARNEY LONG TERM DISABILITY PLAN, an ERISA plan; ROES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV10-7238 JAK (JEM)<br><br>**AMENDED JUDGMENT**<br><br>JS-6 |

　　This matter having come to trial, and the Court having considered the written and oral argument of the Parties, the Court orders that Judgment be entered as follows:

　　Defendants Cigna Life Insurance Company of New York and the Salomon Smith Barney Long Term Disability Plan shall reinstate Plaintiff Bradley Wojno into active benefit payment status in the Plan retroactive to September 3, 2008, the date his active participation in the Plan and monthly benefit payments were terminated. Likewise, and to the extent they have not already done so, Defendants shall pay to Plaintiff monthly disability benefits from September 3, 2008 to the present, and shall continue to pay such benefits to Plaintiff so long as he is eligible

to receive those benefits under the terms of the Plan. Defendants shall pay to Plaintiff pre-judgment interest in the amount of $33,430.25.

Based on his reinstatement to active payment status in the Plan, Plaintiff shall be eligible for other Plan benefits for which other disabled Plan participants are eligible, if any, subject to the terms and conditions of the Plan and any other benefit plans referenced therein.

Finally, Plaintiff is awarded attorney's fees and costs in the amount of $145,675.00.

Date: May 9, 2014

_____
The Hon. John A. Kronstadt
U.S. District Judge